UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

HUAZHEN DONG,                    :

      Petitioner              :    CIVIL ACTION NO. 1:25-82

v.                               :        (JUDGE MANNION)

ANGELA HOOVER,                   :

      Respondent             :

O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The pending report and recommendation **(Doc. 13)** is **ADOPTED IN PART AND NOT ADOPTED IN PART**. The report is **ADOPTED** with respect to the finding that the petitioner is subject to mandatory detention under 8 U.S.C. §1226(c). The report and recommendation is **NOT ADOPTED** with respect to the finding that the petitioner's current detention without an individualized bond hearing does not violate due process.

(2) The petition for writ of habeas corpus **(Doc. 1)** is **DENIED** to the extent it is argued that the petitioner is not subject to mandatory detention under 8 U.S.C. §1226(c). The petition is **GRANTED** to the

extent that the petitioner argues that her continued detention without an individualized bond hearing violates her right to due process.

**(3)** Within **twenty-one (21) days** of the date of this order, the respondent shall provide the petitioner with an individualized bond hearing.

**(4)** The petitioner's pending motion for a status conference **(Doc. 19)** is **DISMISSED AS MOOT** in light of this order.

**(5)** The Clerk of Court is directed to **TERMINATE** Brian McShane as a respondent in this matter.

**(6)** The Clerk of Court is further directed to **CLOSE THIS CASE.**

**MALACHY E. MANNION**
**United States District Judge**

**DATE:** 3/13/26
25-82-01

- 2 -